STATE OF NEW JERSEY v. JAMES BRANCH, *ET AL.*

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM D. BROWN.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WILBUR JORDAN.

May 4, 1971. Petition for certification denied. (See 113 *N. J. Super.* 563).

STATE OF NEW JERSEY v. ANGEL RIVERA.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM JAMES BRODUS.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CECIL EDWARD JASPER.

May 4, 1971. Petition for certification granted.